# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| In re:<br><br>LELAN CARTER DAY, JR., and<br>JULIE ANN DAY,<br><br>                   Debtors. | Case No. F12-00554-GS<br>Chapter 13 |

**ORDER SETTING EVIDENTIARY HEARING ON DEBTORS'
OBJECTION TO PROOF OF CLAIM NO. 2
(Capital Recovery Group, LLC, as agent for InSolve Recovery, LLC)**

A hearing on the debtors' *Objection to Claim* (ECF No. 57) was held before the undersigned on February 24, 2015. Robert Crowther appeared for the debtors. Larry Compton, Chapter 13 Trustee, was also present. The creditor, Capital Recovery Group, LLC, as agent for InSolve Recovery, LLC, did not appear, but it did file an *Amended Proof of Claim No. 2-1* on February 20, 2015. Mr. Crowther indicated that the backup documentation provided with the *Amended Claim* still failed to satisfy the statute of limitations issues raised in the *Objection to Claim*. The backup documentation reflected that the debt had been charged off more than 5 years ago, but also indicated that a payment had been made on the obligation in April of 2012. Yet, no evidence of the 2012 payment was included. To give the creditor an opportunity to address the statute of limitations arguments raised in the debtors' *Objection*, as they pertain to the *Amended Claim*,

**IT IS ORDERED, AND NOTICE IS HEREBY GIVEN,** that an evidentiary hearing on the debtors' *Objection to Claim* (ECF No. 57) shall be held on **MONDAY, MARCH 30, 2015, AT THE HOUR OF 10:00 A.M.,** in the Historic Courtroom, Old

Federal Building, 605 West Fourth Avenue, Anchorage, Alaska.  The purpose of the evidentiary hearing is to address the statute of limitations arguments made in the debtors' *Objection*, specifically as to how those arguments apply to the creditor's *Amended Proof of Claim No. 2-1*, filed on February 20, 2015.  Parties outside of Anchorage may arrange for telephonic participation at this hearing by contacting the In-Court Clerks at (907) 271-2640 at least three (3) business days prior to the hearing.  *If creditor Capital Recovery Group, LLC, as agent for InSolve Recovery, LLC, fails to appear at the evidentiary hearing, or to otherwise address the statute of limitations arguments raised by the debtors as to the amended claim, the court will enter an order sustaining the debtors' Objection, and will disallow Amended Proof of Claim No. 2-1 in its entirety.*

DATED:  February 25, 2015.

> BY THE COURT
>
> /s/ Gary Spraker
> GARY SPRAKER
> United States Bankruptcy Judge

Serve:  R. Crowther, Esq.
  InSolve Recovery, LLC, c/o Capital Recovery Group, LLC,
    P. O. Box 64090, Tucson, AZ  85728-4090
  L. Compton, Trustee
  U. S. Trustee
  Calendar
  SVS