# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ALASKA

In re:

LELAN CARTER DAY, JR., and
JULIE ANN DAY,

              Debtors.

Case No. F12-00554-GS
Chapter 13

## ORDER ON DEBTORS' OBJECTION TO CLAIM
### (InSolve Recovery, LLC - Proof of Claim No. 1)

A hearing on the debtors' *Objection to Claim* (ECF No. 56) was held before the undersigned on February 24, 2015. Robert Crowther appeared for the debtors. Creditor InSolve Recovery, LLC, did not appear, nor has it responded to the debtors' *Objection*. Therefore,

**IT IS ORDERED** that the debtors' *Objection to Claim* is SUSTAINED. Proof of Claim No. 1, filed by InSolve Recovery, LLC, c/o Capital Recovery Group, LLC, in the sum of $741.95, is disallowed in full.

DATED: February 25, 2015.

                                                      BY THE COURT

                                                      /s/ Gary Spraker
                                                      GARY SPRAKER
                                                      United States Bankruptcy Judge

Serve:  R. Crowther, Esq.
         InSolve Recovery, LLC, c/o Capital Recovery Group, LLC,
           Dept. 3203, P. O. Box 123203, Dallas, TX  75312-3203
         L. Compton, Trustee
         U. S. Trustee
         Claims Register
         SVS