PROCEEDING MEMORANDUM

Monday                                                    Anchorage, Alaska
March 30, 2015


| TIME | CASE NUMBER, NAME, and CHAPTER TYPE OF PROCEEDING and COUNSEL |
|---|---|
| 10:00 a.m. | Case No. F12-00554-GS, **In re LELAN CARTER DAY, JR. and JULIE ANN DAY, Debtors.** Ch 13.<br><br>EVIDENTIARY Hearing on Debtor's Objection to Claim No. 2 (DE# 57).  Robert Crowther for the Debtors; Larry Compton, Trustee. |

**APPEARANCES:**    NONE

**Time on record  10:07:32    -   Time off Record    10:09:25**

NOTES AND/OR ORDERS OF BANKRUPTCY JUDGE:

___X___  Court will prepare order


**Creditor failed to appear.  Pursuant to its prior order the Court will enter an order sustaining the debtors' objection.**


                                          /s/ Gary Spraker
                                          BANKRUPTCY JUDGE

amy
svs